11th
Court of Appeals

                                                                  Eastland,
Texas

                                                             Memorandum
Opinion

 

Kenneth Clifton and wife, Cindy Clifton

Appellants

Vs.                   No. 11-03-00037-CV B Appeal from Palo Pinto County

The City of Gordon

Appellee

 

The parties have filed in this court an agreed
motion to dismiss the appeal.  In their
motion, the parties state that all claims have been resolved.  The motion is granted.  TEX.R.APP.P. 42.1.

The appeal is dismissed.

 

PER CURIAM

 

May 15, 2003

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.